### GRIFFETH *v.* THE STATE.

HOLDEN, J.  The only assignment of error is that the court erred in overruling the motion of the plaintiff in error for a new trial, which motion contained only the general grounds that the verdict was contrary to law and to the evidence, and was without evidence to support it.  The evidence was sufficient to authorize the verdict, and the court did not err in refusing a new trial.

> *Judgment affirmed.  All the Justices concur.*
> MAY 9, 1911.

Indictment for murder.  Before Judge Brand.  Oconee superior court.  March 2, 1911.

*W. M. Smith* and *George C. Thomas,* for plaintiff in error.

*H. A. Hall, attorney-general,* and *Clifford Walker, solicitor-general,* contra.